

**MDL 2738**
Daniel Murphy  DCD_mdl
Jaweia Campbell, Kimberly Stillman, Elizabeth Beres

Daniel Murphy/NJD/03/USCOURTS
DCD_mdl@dcd.uscourts.gov

05/06/2019 04:21 PM

# FILED

MAY 0 6 2019

Clerk, U.S. District and
Bankruptcy Courts

This message has been forwarded.

**In Re:**

*JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

Attached is a certified copy of a Certified Transfer Order (CTO-140 ) of the Judicial Panel on Multidistrict Litigation directing the transfer of the civil action(s) from your district to the District of New Jersey pursuant to 28 U.S.C. § 1407. Judge Freda L. Wolfson is presiding over this litigation.
When the case(s) have been closed in your District please follow these procedures:
  1. Initiate the civil case transfer functionality in CM/ECF: **Extract Civil Case.**
  2. When prompted to select the Court choose **New Jersey**.


**Please Note** :  After completing this process the NEF screen will display the following message: Sending e-mail to:InterdistrictTransfer_NJD@njd.uscourts.gov.   If the message is not displayed we have not received notice.

We will initiate the procedure to retrieve the transferred case(s) upon receipt of the e-mail.  If your court does not utilize the CM/ECF transfer functionality please contact the clerk at the following e-mail address and documents will be retrieved using the courts Pacer account:

daniel_murphy@njd.uscourts.gov

If you have any questions, please contact Daniel Murphy at 609-989-2162.  Thank you for your consideration.



MDL 2738 CTO-140.pdf


Daniel P. Murphy
In-Court Supervisor, Trenton Vicinage
District of New Jersey

609-989-2162